AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>Juan HERNANDEZ-Perez<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:19mj 221 LRA<br>)<br>)<br>)<br>) |

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 15 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 7, 2019__ in the county of __Leake__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a)(1)& (2) | Illegal Reentry |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brent Druery, SA HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/15/2019

_____
*Judge's signature*

City and state: Jackson, Mississippi

Linda R. Anderson United States Magistrate Judge
*Printed name and title*



# AFFIDAVIT FOR PROBABLE CAUSE FOR A COMPLAINT AND ARREST WARRANT

I, Brent Druery, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Resident Agent in Charge in Jackson, Mississippi. I have been so employed since November of 2002. I have received training and been assigned to conduct investigations of criminal violations of the United States Code as enumerated in Titles 8, 18, 19, 21, 22, 31 and various other federal statutes.

2. I submit this affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. This affidavit is being submitted in support of a criminal complaint against Juan HERNANDEZ-Perez, and, as such, does not include all the information known to me as part of this investigation, but only information sufficient to establish probable cause for the issuance of a criminal complaint against Juan HERNANDEZ-Perez for violating Title 8, United States Code, Sections 1326(a)(1) and (2), reentry of removed alien.

## PROBABLE CAUSE

3. On August 7, 2019, Immigration and Customs Enforcement (ICE) executed seven criminal and administrative search warrants at chicken processing company locations across the Southern District of Mississippi. During the execution of the search warrant at Peco Foods, 15252 Highway 21, Walnut Grove, Mississippi 39189, ICE officials encountered Juan HERNANDEZ-Perez (Alien # XXXXX9483), an illegal alien from Mexico. Record checks for HERNANDEZ-Perez revealed two prior encounters with U.S. immigration officials. On or about August 11, 2009, HERNANDEZ-Perez was encountered by U.S. immigration officials in

Arizona and was processed as an Expedited Removal. He was thereafter removed to Guatemala from Nogales, Arizona, on or about August 12, 2009. On or about August 22, 2009, HERNANDEZ-Perez was encountered a second time by U.S. immigration officials in Arizona and was again processed as an Expedited Removal. He was thereafter removed to Mexico from Nogales, Arizona, on or about August 23, 2009. Queries within ICE databases revealed Juan HERNANDEZ-Perez has not received consent from the Attorney General of the United States or Secretary of Homeland Security to apply for readmission, or to re-enter into the United States.

## CONCLUSION

5.  Based on these underlying facts and circumstances, as set forth above, it is my belief that probable cause exists showing that Juan HERNANDEZ-Perez, is a citizen and national of Mexico, who reentered and was found in the United States after deportation and removal without having first obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a)(1) and (2).

Respectfully submitted,

_____
Brent Druery
Special Agent
Homeland Security Investigations

SWORN to before me on this ___15___ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE