CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: WALNUT GROVE

COUNTY: LEAKE

RELATED CASE INFORMATION: 3:19CR165 DPJ
SUPERSEDING INDICTMENT ___ DOCKET # ___
SAME DEFENDANT ___ NEW DEFENDANT ___
MAGISTRATE JUDGE CASE NUMBER  3:19-MJ-221-LRA
R 20/ R 40 FROM DISTRICT OF ___

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 19 2019
ARTHUR JOHNSTON
BY ___ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS:  JUAN HERNANDEZ-PEREZ

**U.S. ATTORNEY INFORMATION:**

AUSA:  JOSHUA P. FORTENBERRY      BAR #  102140

INTERPRETER: ___ NO  X  YES   LIST LANGUAGE AND/OR DIALECT:  SPANISH

**LOCATION STATUS:**   ARREST DATE ___

___ ALREADY IN FEDERAL CUSTODY AS OF ___

___ ALREADY IN STATE CUSTODY ___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS:  1      ___ PETTY  ___ MISDEMEANOR   1  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  8:1326A.F | 8 USC §1326(a)(1) & (2) | Illegal Re-entry of a Deported Alien | 1 |

Date: 8/19/19      **SIGNATURE OF AUSA**: _[signature]_

Revised 2/26/2010